004212

Order issued September 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00570-CR

MICHELLE PETRICE ABRAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F09-61456-J

## ORDER

Appellant's September 13, 2012 motion to supplement the record on appeal is **GRANTED**.

We **ORDER** the trial court clerk to file, within **FIFTEEN** days of the date of this order, a

supplemental clerk's record containing a copy of the plea agreement on the motion to adjudicate.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission,

to the following:

Dallas County District Clerk Gary Fitzsimmons
The Dallas County District Clerk, Criminal Records Division
Counsel for all parties

LANA MYERS
JUSTICE